

**THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SLIP TRACK SYSTEMS, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> METAL LITE, INC. et al., <br><br> Defendants. | SA CV 98-20 AHS(MLGx) <br><br> FINAL JUDGMENT AND PERMANENT INJUNCTION |

This action came on for trial on September 16, 2003 before the Honorable Alicemarie H. Stotler, United States District Judge. The issues having been duly tried before a jury to final verdict, the arguments of counsel and the evidence presented having been fully considered, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

A.      On Plaintiffs' Third Cause of Action for Relief from Interference, judgment is entered in favor of Plaintiffs Sliptrack Systems, Inc. and Todd A. Brady and against Metal Lite, Inc. As a consequence, the

|    |    |    |
|----|----|----|
| 1  |    | Court hereby declares that United States Patent No. |
| 2  |    | 5,127,203 is invalid; |
| 3  | B. | On plaintiffs' First Cause of Action for Patent |
| 4  |    | Infringement, judgment is entered in favor of |
| 5  |    | Plaintiffs Sliptrack Systems, Inc. and Todd A. Brady |
| 6  |    | and against Metal Lite, Inc. in the amount of the |
| 7  |    | verdict rendered by the jury of Seven Million Dollars |
| 8  |    | ($7,000,000) which includes prejudgment interest; |
| 9  | C. | On Plaintiffs' Second Cause of Action for Declaratory |
| 10 |    | Judgment of Non-Infringement, Invalidity, and |
| 11 |    | Unenforceability of United States Patent No. 5,127,203, |
| 12 |    | judgment is entered in favor of Plaintiffs Sliptrack |
| 13 |    | Systems, Inc. and Todd A. Brady and against Metal Lite, |
| 14 |    | Inc.; |
| 15 | D. | Metal Lite, Inc. and its officers, directors, |
| 16 |    | employees, agents, partners, attorneys, shareholders, |
| 17 |    | assignees, successors-in-interest, and/or all persons |
| 18 |    | acting in concert with it are hereby enjoined from |
| 19 |    | manufacturing, producing, distributing, advertising, |
| 20 |    | offering for sale, selling, promoting, displaying, |
| 21 |    | marketing, using, and/or importing any header product |
| 22 |    | incorporating a U-shaped track having vertical slots |
| 23 |    | formed in the flanges of the track for the remaining |
| 24 |    | life of United States Patent No. 5,127,760; |
| 25 | E. | Metal Lite, Inc. and its officers, directors, |
| 26 |    | employees, agents, partners, attorneys, shareholders, |
| 27 |    | assignees, successors-in-interest, and/or all persons |
| 28 |    | acting in concert with it are hereby enjoined from |

|    |    |                                                                       |
|----|----|-----------------------------------------------------------------------|
| 1  |    | inducing, assisting, aiding, and/or abetting any person               |
| 2  |    | in any act of manufacturing, producing, distributing,                 |
| 3  |    | advertising, offering for sale, selling, promoting,                   |
| 4  |    | displaying, marketing, using, and/or importing any                    |
| 5  |    | header product incorporating a U-shaped track having                  |
| 6  |    | vertical slots formed in the flanges of the track for                 |
| 7  |    | the remaining life of United States Patent No.                        |
| 8  |    | 5,127,760;                                                            |
| 9  | F. | Plaintiffs shall take nothing on the remaining claims                 |
| 10 |    | and causes of action which are dismissed with                         |
| 11 |    | prejudice; and,                                                       |
| 12 | G. | Plaintiffs shall recover their costs in the amount of                 |
| 13 |    | $_____.                                                          |

Dated: October 21, 2003.

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

S:\AHS\2gbg\Judgments\Slip Track - final jdgmnt.wpd